IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 18-MJ-4007-RJD |
| vs. ) | |
| ) | SUPPRESSED |
| RAY ALLEN FLENER, ) | |
| ) | |
| Defendant. ) | |

## CRIMINAL COMPLAINT

I, Kevin Castleman, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about April 12, 2018, in Williamson County, Illinois, within the Southern District of Illinois,

### RAY ALLEN FLENER,

defendant herein, did knowingly escape from custody at The H Group in Marion, Illinois, a facility under contract with the Federal Bureau of Prisons to house federal inmates, in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Southern District of Illinois upon conviction for Making a False Statement in violation of Title 18, United States Code, Section 1001 and Conveying a False Threat in violation of Title 18, United States Code Section 1038(a)(1); all in violation of Title 18, United States Code, Section 751(a).

# AFFIDAVIT

**I FURTHER STATE** that I am a Deputy United States Marshal with the United States Marshals Service and have been so employed for fifteen (15) years, and that this complaint is based on the following information:

1. On September, 10, 2014, defendant RAY ALLEN FLENER (hereinafter "defendant") was sentenced in United States District Court for the Southern District Illinois to a term of 48 months of imprisonment upon his conviction for Conveying False Threats and Making a False Statement (13–CR–40048-001). The defendant was placed on a two-year term of supervised release following his incarceration.

2. On January 28, 2018, the defendant was incarcerated by the Bureau of Prisons (BOP) at The H Group in Marion, Illinois. The H Group is a half-way house facility under contract with the BOP to house federal inmates.

4. On April 12, 2018, at approximately 10:00 p.m., staff at The H Group reported that Flener walked down the hallway past the back office of the halfway house and continued walking toward the south exit door carrying a duffle bad. The staff reported Flener exited the building and began running from the H Group half-way house facility. The electronic monitor the defendant had been wearing was later located in the grass near the facility. The defendant did not return to the facility and his current whereabouts are unknown. He is therefore in escape status and a fugitive.

5. The United States Marshals Service, Southern District of Illinois, was notified of the escape on April 13, 2018, and seeks a warrant from this Court for the violation set forth above.

6. Williamson County is located within the Southern District of Illinois.

FURTHER AFFIANT SAYETH NAUGHT.

_____
**Kevin D. Castleman, Deputy U.S. Marshal,
United States Marshals Service**

State of Illinois          )
                           ) SS.
County of Williamson )

Sworn to before me and subscribed in my presence on the 13th day of April, 2018, at Benton, Illinois.

_____
**REONA J. DALY
United States Magistrate Judge**

**DONALD S. BOYCE**
**United States Attorney**

_____
for **WILLIAM E. COONAN**
**Assistant United States Attorney**