IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 18-CR-40028-JPG |
| | ) | |
| vs. | ) | |
| | ) | Title 18, United States Code, |
| RAY ALLEN FLENER, | ) | Section 751(a) |
| | ) | |
| Defendant. | ) | |

**INDICTMENT**

FILED
MAY 0 8 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

**THE GRAND JURY CHARGES:**

**Escape From Custody**

On or about April 12, 2018, in Williamson County, Illinois, within the Southern District of Illinois,

**RAY ALLEN FLENER,**

defendant, did knowingly escape from custody in the Centerstone Halfway House in Marion, Illinois, a facility under contract with the Federal Bureau of Prisons to house federal inmates, in which the defendant was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Southern District of Illinois upon convictions for the commission of Making a False Statement to Federal Officer, in violation of Title 18, United States Code, Section 1001, and Conveying False Threat, in violation of Title 18, United States Code, Section 1038(a)(1); all in violation of Title 18, United States Code, Section 751(a).

1



DONALD S. BOYCE
United States Attorney
Southern District of Illinois

WILLIAM E. COONAN
Assistant United States Attorney

Bond Recommendation: Detention